IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID IZSAK, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 14-cv-7952 |
| v. ) ) | Hon. Andrea R. Wood |
| DRAFTKINGS, INC., a Delaware corporation, ) ) ) ) | Hon. Young B. Kim |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Izsak ("Plaintiff") and Defendant Draftkings, Inc., through their respective counsel, hereby stipulate and agree to dismiss the Class Action Complaint [Dkt. No. 6] (the "Complaint") with prejudice with respect to the individual claims of Plaintiff and without prejudice with respect to the claims of the putative class described in the Complaint. Each party shall bear his and its own costs and expenses, including attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

Dated: July 18, 2016                          Respectfully submitted,

By: */s/ Joseph J. Siprut*               By: /s/ *Ellen M. Carey*

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
John S. Marrese
*jmarrese@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Counsel for Plaintiff
and the Proposed Putative Class*

Austin Schwing
*aschwing@gibsondunn.com*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, California 94105
Phone: 415.374.8458

Dione Garlick
*dgarlick@gibsondunn.com*
James Prescott Fogelman
*jfogelman@gibsondunn.com*
Timothy William Loose
*tloose@gibsondunn.com*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
47th Floor
Los Angeles, California 90071
Phone: 213.229.7000

Ellen M. Carey
*ecarey@fordellp.com*
Michael K. Forde
*mforde@fordellp.com*
FORDE LAW OFFICES LLP
111 West Washington Street
Suite 1100
Chicago, Illinois 60602
Phone: 312.641.1441

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation Of Dismissal** was filed this 18th day of July 2016 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Joseph J. Siprut*